| | | | |
|---|---|---|---|
| Com. v. Ross [1] | 11/17/2015226 WAL (2015) | Denied | Pa.Super., 122 A.3d 448 |
| Com. v. Ryals | 11/02/2015230 EAL (2015) | Denied | Pa.Super., 118 A.3d 447 |
| Com. v. Salter | 10/26/2015127 WAL (2015) | Denied | Pa.Super., 120 A.3d 1047 |
| Com. v. Samuels | 11/16/2015446 EAL (2015) | Denied | Pa.Super., 122 A.3d 1141 |
| Com. v. Schlott | 10/23/2015201 WAL (2015) | Denied | Pa.Super., 122 A.3d 436 |
| Com. v. Scott | 12/01/2015502 EAL (2015) | Denied | Pa.Super., 125 A.3d 464 |
| Com. v. Shadle [2] | 10/26/2015297 WAL (2015) | Denied | Pa.Super., 122 A.3d 1148 |
| Com. v. Simmons | 10/27/2015253 EAL (2015) | Denied | Pa.Super., 121 A.3d 1123 |
| Com. v. Simmons-Rivera | 10/27/2015438 MAL (2015) | Denied | Pa.Super., 122 A.3d 441 |
| Com. v. Smith | 12/01/2015624 EAL (2014) | Denied | Pa.Super., 113 A.3d 358 |
| Com. v. Stalter | 10/27/2015401 MAL (2015) | Denied | Pa.Super., 121 A.3d 1141 |
| Com. v. Steele | 11/02/2015227 MAL (2015) | Denied | Pa.Super., 120 A.3d 390 |
| Com. v. Tai Dinh | 11/16/2015413 EAL (2015) | Denied | Pa.Super., 122 A.3d 1125 |
| Com. v. Talbert | 10/27/2015338 MAL (2015) | Denied | Pa.Super., 121 A.3d 1117 |

1. Reconsideration Denied December 24, 2015.
2. Reconsideration Denied December 1, 2015.